UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| IVLE RAY MATNEY, | ) |
| Petitioner, | ) |
| vs. | ) Case No. 4:03CV1577 CDP |
| DONNA CAYER, et al., | ) |
| Respondents. | ) |

## MEMORANDUM AND ORDER

Petitioner Ivle Ray Matney has filed three motions in this closed case. Two motions seek to amend his petition and the third is a "Motion for Final Disposition." On May 5, 2005 the Court of Appeals denied Matney's request to file a successive petition, and that order is final. There is no further relief available to Matney. Accordingly,

**IT IS HEREBY ORDERED** that petitioner's motions [#30, 31, 32] are denied.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 6th day of December, 2005.